1  Brian G. Selden (State Bar No. 2543429)
   JONES DAY
2  1755 Embarcadero Road
   Palo Alto, CA 94303
3  Telephone:    (650) 739-3939
   Facsimile:    (650) 739-3900
4  bgselden@jonesday.com

5  John D. Goetz*
   Tarah E. Ackerman*
6  JONES DAY
   500 Grant Street, Suite 4500
7  Pittsburgh, PA 15219
   Telephone:    (412) 391-3939
8  Facsimile:    (412) 391-3900
   jdgoetz@jonesday.com
9  tackerman@jonesday.com

10  *ADMITTED PRO HAC VICE

11  Attorneys for Plaintiff
    HAINAN AIRLINES, CO. LTD
12

13              **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**

15                    **SAN JOSE DIVISION**

16

| | |
|---|---|
| 17  HAINAN AIRLINES, CO. LTD., | **CASE NO. 5:16-cv-05143-NC** |
| 18         Plaintiff, | |
| 19         v. | **STIPULATED REQUEST FOR DISMISSAL OF ALL CLAIMS, WITH PREJUDICE PURSUANT TO FED. R. CIV. PROC. 41(A) AND ORDER** |
| 20  AVIATION PORT SERVICES, LLC, | |
| 21         Defendant. | |

1  PLEASE TAKE NOTICE that the parties hereby agree and stipulate, through their
2  counsel of record, to dismiss all claims in this action *with prejudice*, pursuant to Fed. R. Civ. P.
3  41(a)(1). Parties have successfully reached settlement through mediation. Each party shall bear
4  its own attorneys fees and costs.

Dated: February 20, 2017                    JONES DAY

                                            By: */s/ Brian G. Selden*
                                                Brian G. Selden

                                            Attorneys for Plaintiff
                                            HAINAN AIRLINES, CO. LTD

Dated:  February 20, 2017                   CODDINGTON HICKS & DANFORTH

                                            By: */s/ Randolph S. Hicks*
                                                Randolph S. Hicks

                                            Attorneys for Defendant
                                            AVIATION PORT SERVICES, LLC

**ORDER**

Pursuant to the voluntary dismissal filed by Plaintiff, defendant Aviation Port Services, LLC is dismissed with prejudice. IT IS SO ORDERED.

Date: February 21, 2017             By: _____
                                        Hon. Nathanael M. Cousins
                                        United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins

2                              **REQUEST FOR VOLUNTARY
                                DISMISSAL OF ALL CLAIMS
                                CASE NO. 5:16-cv-05143-NC**